JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERTO EVAN QUINTERO, | ) | NO. CV 21-3782-MWF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CHRISTIAN PFEIFFER, WARDEN | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 6, 2022

_____
MICHAEL W. FITZGERALD
UNITED STATES MAGISTRATE JUDGE